# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3618

_____

Eric Clausen,                                     *
                                                  *
         Appellant,                        *
                                                  *
                                                  *  Appeal from the United States
  v.                                           *  District Court for the
                                                  *  District of North Dakota.
National Geographic Society;                      *
National Geographic Society Education             *     [UNPUBLISHED]
Foundation; North Dakota Geography                *
Education Fund; North Dakota                      *
Geographic Alliance,                              *
                                                  *
         Appellees.                        *

_____

Submitted: June 3, 2010
Filed: June 7, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Eric Clausen appeals the district court's[1] adverse grant of judgment on the pleadings in his Title IX and state law action.

Following careful de novo review of the record, see Clemons v. Crawford, 585 F.3d 1119, 1124 (8th Cir. 2009), we conclude that Clausen failed to state a Title IX

_____

[1] The HONORABLE DANIEL L. HOVLAND, United States District Judge for the District of North Dakota.

claim of gender discrimination or retaliation, and failed to plead a claim of actual or constructive fraud under North Dakota law. Accordingly, we affirm for the reasons set forth in the district court's order. <u>See</u> 8th Cir. R. 47B.

_____